IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JUAN RAMON DELGADILLO MEZA,

     Petitioner,

v.

E. EMMERICH
WARDEN, FCI OXFORD,

     Respondent.

ORDER

Case No.  26-cv-361-wmc

Petitioner Juan Ramon Delgadillo Meza seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee.  For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than May 12, 2026.  Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately October 20, 2025 through the date of the petition, April 20, 2026.

ORDER

IT IS ORDERED that:

1.    Petitioner Juan Ramon Delgadillo Meza may have until May 12, 2026, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.      If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before May 12, 2026, I will assume that petitioner wishes to withdraw this petition.


Entered this 20th day of April_, 2026.

BY THE COURT:


/s/
ANDREW R. WISEMAN
United States Magistrate Judge